**Order entered January 3, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00133-CR

**ESTEBAN GARCIA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-83445-2016**

## ORDER

The State's motion for extension of time to file its brief is **GRANTED**. The clerk is

directed to file the brief submitted by the State with its December 31, 2018 motion.


/s/     BILL WHITEHILL
JUSTICE